STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HERMAN HEDINGER, PLAINTIFF IN ERROR.

Argued October 21, 1941—Decided January 9, 1942.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *Edward R. McGlynn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.

MARGARET SCOTT, RESPONDENT, v. HOBOKEN BANK FOR SAVINGS, ETC., APPELLANT.

Submitted October 31, 1941—Decided January 9, 1942.

For the respondent, *Collins & Corbin.*

For the appellant, *Townsend & Doyle.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—The Chancellor, Case, Bodine, Donges, Heher, Porter, Colie, Dear, Wells, WolfsKeil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.

ANGELINE PICARIELLO ET AL., RESPONDENTS, v. LINARES AND RESCIGNO BANK, APPELLANT.

Submitted October 31, 1941—Decided January 9, 1942.

For the respondents, *David Cohn.*

For the appellant, *Collins & Corbin.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Bodine, Donges, Perskie, Porter, Colie, Dear, Wells, WolfsKeil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.